# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 15, 2024

### NO. 03-22-00676-CV

**Travis Central Appraisal District, Appellant**

**v.**

**AGAS Ventures, LLC; GS Ventures, LLC; SAGA Ventures, LLC; SC Ventures, LLC; and ZIP Ventures, LLC, Appellees**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
### REVERSED AND DISMISSED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on October 3, 2022. Concluding that Appellees forfeited their opportunity to seek judicial review, we reverse the trial court's order denying TCAD's motion to dismiss. We dismiss this cause. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.